UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                          CASE NO. 11 B 19114
                                                                CHAPTER 13
JOHNNY JAMES ANDERSON
CHARLOTTE ESTHER ANDERSON                                       JUDGE JACK B SCHMETTERER

        DEBTORS                                                 **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  SELECT PORTFOLIO SERVICING

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 9 | 0012559563 8144 JEFF | $3,351.87 | $3,351.82 | $3,351.82 |
| Total Amount Paid by Trustee | | | | | $3,351.82 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit              **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-19114-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 3rd day of August, 2015.

Debtor:
JOHNNY JAMES ANDERSON
CHARLOTTE ESTHER ANDERSON
8144 S JEFFERY BLVD
CHICAGO, IL  60617

Attorney:
KAPLAN BANKRUPTCY FIRM LLC
55 E JACKSON BLVD # 650
CHICAGO, IL  60604
via Clerk's ECF noticing procedures

Mortgage Creditor:
HSBC BANK USA
% OCWEN LOAN SERVICING
PO BOX 24781
WEST PALM BEACH, FL
33416-4781

Creditor:
SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY, UT  84165

Mortgage Creditor:
SELECT PORTFOLIO SERVICING
% KLUEVER & PLATT LLC
65 E WACKER PL # 2300
CHICAGO, IL  60601

Mortgage Creditor:
FIRST TENNESSEE BANK
NATIONAL
PO BOX 201347
ARLINGTON, TX  76006

ELECTRONIC SERVICE - United States Trustee


Date:  August 03, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603