**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Johnny James Anderson and Charlotte Esther Anderson | No.   11-19114 |
| Debtor | Hon.  Jack B. Schmetterer |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on August 7, 2015, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

_____/s/ Ross T. Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Timothy H. Spruce and Tom Vaughn on August 7, 2015.

_____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Johnny James Anderson and Charlotte Esther Anderson
8144 S. Jeffery Blvd.
Chicago, IL 60617

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Timothy H. Spruce
Kaplan Bankruptcy Firm, LLC
25 East Washington St., Suite 1501
Chicago, IL 60602